**BOYDEN GRAY PLLC**
801 17TH STREET NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

November 16, 2023

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   Request for Extension in *Utah v. Su*, No. 23-11097

Mr. Cayce:

    All Appellants request a 30-day extension of the deadline to file their opening brief in this case, from December 19, 2023, to January 18, 2024. Good cause exists for this request because of the upcoming holiday season and the need to coordinate with 26 States. Appellees consent to this request.

                                        Respectfully,

                                        /S/ Jonathan Berry
                                        BOYDEN GRAY PLLC
                                        801 17th Street NW, Suite 350
                                        Washington, DC 20006
                                        202-955-0620
                                        jberry@boydengray.com

                                        *Counsel of Record for Appellants*
                                        *Liberty Energy Inc., Liberty Oilfield*
                                        *Services LLC, and Western Energy*
                                        *Alliance*

cc:   All Counsel