# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STATE OF UTAH, *et al.*, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 23-11097 |
| | ) | |
| MARTIN J. WALSH and UNITED STATES DEPARTEMENT OF LABOR | ) ) ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LIST FOR MELISSA A. HOLYOAK

Please take notice that Christopher Bates hereby files this notice of withdrawal of Melissa A. Holyoak, former Solicitor General for the Office of the Utah Attorney General, as counsel of record for the State of Utah, and requests that her name be removed from all certificates of service and mailing lists. Melissa A. Holyoak is no longer with the Office of the Utah Attorney General, and the State of Utah will continue to be represented by Christopher Bates, Deputy Solicitor General, who will remain actively involved in this case.

Accordingly, Christopher Bates respectfully requests the Court approve the removal of Melissa A. Holyoak as attorney of record in this

1

matter, and requests that the clerk remove her name from the service list.

DATED this 16th day of March, 2024.

Respectfully submitted,

*/s/ Christopher Bates*
SEAN REYES
Attorney General
CHRISTOPHER BATES
Deputy Solicitor General

Utah Attorney General's Office
160 E. 300 S., 6th Floor
P.O. Box 140854
Salt Lake City, UT 84114-0854
Phone: (385) 272-2181
Fax: (801) 538-1121
chrisbates@agutah.gov

*Counsel for Plaintiff State of Utah*

# CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: March 16, 2024

*/s/ Christopher Bates*
