LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-11097    State of Utah v. Su
USDC No. 2:23-CV-16

The motion to remove attorney Melissa Holyoak as counsel is granted.

Christopher Bates is now designated as lead counsel for the State of Utah.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Jorge Benjamin Aguinaga
Mr. Philip Jordan Axt
Mr. James A. Barta
Mr. Christopher Bates
Mr. Zachary Berg
Mr. Jonathan Berry
Ms. Morgan Brungard
Mr. Monroe David Bryant Jr.
Mr. Christian Brian Corrigan
Mr. Mark W. Dell'Orfano
Mr. Joshua M. Divine
Mr. Andrew N. Ferguson
Mr. Franklin Scott Flow
Mr. Thomas Elliot Gaiser
Mr. Garry M. Gaskins II
Mr. Eric J. Hamilton
Mr. Neville Hedley
Mr. Benjamin J. Hofmeister
Mr. Thomas T. Hydrick
Mr. Dylan L. Jacobs
Mr. Jared Kelson
Mr. Gabriel Krimm
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.
Mr. Justin Lee Matheny

Mr. Jonathan F. Mitchell
Mr. Stephen John Petrany
Mr. Anthony J. Powell
Mr. Brunn W. Roysden III
Mr. Ryan Schelhaas
Ms. Lindsay Sara See
Mr. Scott Andrew Shepard
Mr. Tracy Short
Mr. Andrew Wade Smith
Ms. Mathura Sridharan
Ms. Anna St. John
Mr. Christian G. Townsend
Mr. Joshua N. Turner
Mr. Eric Harris Wessan
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams
Mr. Daniel Winik
Mr. Edward A. Zelinsky
Ms. Melissa Holyoak