No. 23-11097

United States Court of Appeals
Fifth Circuit

State of Utah, *et al.*,

*Plaintiff-Appellant*,

v.

Martin J. Walsh and United States Department of Labor,

*Defendants-Appellees*.

Motion to Withdraw as Counsel

I, Andrew N. Ferguson, have resigned from the Office of the Attorney General and hereby respectfully request to be withdrawn as counsel of record for Plaintiff-Appellant, the Commonwealth of Virginia. Plaintiff-Appellant will continue to be represented in this case by Kevin M. Gallagher and other attorneys from the Office of the Attorney General.

1

Dated: March 25, 2024                              Respectfully submitted,

By:    */s/ Andrew N. Ferguson*
Andrew N. Ferguson

JASON S. MIYARES
  *Attorney General*

CHARLES H. SLEMP, III
  *Chief Deputy Attorney General*

Kevin M. Gallagher
  *Principal Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-5315 – Telephone
(804) 371-0200 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew N. Ferguson*
Andrew N. Ferguson