# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 02, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

   No. 23-11097   State of Utah v. Su

   Projected Week of Hearing **07/08/2024**
   -------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                              CALENDARING DEPARTMENT
                              clerk_calendaring@ca5.uscourts.gov

Mr. Jorge Benjamin Aguinaga
Mr. Philip Jordan Axt
Mr. James A. Barta
Mr. Zachary Berg
Mr. Jonathan Berry
Ms. Morgan Brungard
Mr. Monroe David Bryant Jr.

Mr. Christian Brian Corrigan
Mr. Mark W. Dell'Orfano
Mr. Joshua M. Divine
Ms. Sommer H. Engels
Mr. Franklin Scott Flow
Mr. Thomas Elliot Gaiser
Mr. Kevin Michael Gallagher
Mr. Garry M. Gaskins II
Mr. Donald L. R. Goodson
Mr. Eric J. Hamilton
Ms. Rosa Hayes
Mr. Neville Hedley
Mr. Benjamin J. Hofmeister
Mr. Thomas T. Hydrick
Mr. Dylan L. Jacobs
Mr. Jared Kelson
Mr. Gabriel Krimm
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.
Mr. Philip Levitz
Mr. Robert Allen Long Jr.
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Mr. Stephen John Petrany
Mr. Andrew John Pincus
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Brunn W. Roysden III
Mr. Ryan Schelhaas
Ms. Lindsay Sara See
Mr. Scott Andrew Shepard
Mr. Tracy Short
Mr. Andrew Wade Smith
Ms. Mathura Sridharan
Ms. Anna St. John
Mr. Christian G. Townsend
Mr. Joshua N. Turner
Ms. Brantley Webb
Ms. Jennifer Leigh Weinberg
Mr. Eric Harris Wessan
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams
Mr. Daniel Winik
Mr. Edward A. Zelinsky