IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF UTAH, *et al.*,

    Plaintiffs,

v.                                  2:23-CV-016-Z

VINCE MICONE, *et al.*,

    Defendants.

## JUDGMENT

The Court **GRANTED** Defendants' Motion for Summary Judgment on all of Plaintiffs' remaining claims following limited remand from the Fifth Circuit. This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED.**

February 20, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE