# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE　　　　　　　　　　　　　　　　　　　TEL. 504-310-7700
CLERK　　　　　　　　　　　　　　　　　　　　　　　600 S. MAESTRI PLACE,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 115
　　　　　　　　　　　　　　　　　　　　　　　　　　NEW ORLEANS, LA 70130

March 18, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Philip Jordan Axt
North Dakota Office of the Attorney General
600 E. Boulevard Ave., Dept 125
Bismarck, ND 58505

Mr. James A. Barta
Office of the Attorney General
for the State of Indiana
302 W. Washington Street
IGCS-5th Floor
Indianapolis, IN 46204

Mr. Zachary Berg
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Jonathan Berry
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Monroe David Bryant Jr.
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548

(MC-009)
Austin, TX 78711-2548

Mr. Brandon F. Chase
New Hampshire Department of Justice
Civil Law Bureau
1 Granite Place, S.
Concord, NH 03301

Mr. Christian Brian Corrigan
Montana Attorney General's Office
Montana Department of Justice
215 N. Sanders
Helena, MT 59601

Mr. Mark W. Dell'Orfano
New Hampshire Public Utilities Commission
21 S. Fruit Street
Suite 10
Concord, NH 03301-2429

Mr. Joshua M. Divine
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Mr. Zachary Faircloth
Louisiana Department of Justice
Federalism Division
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Franklin Scott Flow
Flow Law Firm, P.L.L.C.
P.O. Box 2673
Amarillo, TX 79105-2673

Mr. Thomas Elliot Gaiser
Office of the Attorney General
for the State of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215-3428

Mr. Kevin Michael Gallagher
Office of the Attorney General
Solicitor General Division
202 N. 9th Street
Richmond, VA 23219

Mr. Garry M. Gaskins II
Oklahoma Attorney General
for the State of Oklahoma - Solicitor General Unit
313 N.E. 21st Street
Oklahoma City, OK 73105


Mr. Neville S. Hedley
Hamilton Lincoln Law Institute
1629 K Street, N.W.
Suite 300
Washington, DC 20006


Mr. Benjamin J. Hofmeister
Office of the Attorney General
123 4th Street
P.O. Box 110300
Suite 600
Juneau, AK 99811


Mr. Thomas T. Hydrick
Office of the Attorney General
for the State of South Carolina
P.O. Box 11549
Columbia, SC 29211


Mr. Jared Kelson
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006


Mr. Gabriel Krimm
Office of the Attorney General
for the State of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207


Mr. Matthew F. Kuhn
Office of the Attorney General
Office of the Solicitor General
700 Capital Avenue
Suite 118
Frankfort, KY 40601


Mr. Edmund Gerard LaCour Jr.
Office of the Attorney General
for the State of Alabama
501 Washington Avenue
Montgomery, AL 36104-0000

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201


Ms. Autumn Hamit Patterson
Office of the Attorney General
for the State of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-0000


Mr. Stephen John Petrany
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334


Mr. Zachary Brent Pohlman
Office of the Attorney General
for the State of Nebraska
2115 State Capitol
Lincoln, NE 68509-8920


Mr. Anthony J. Powell
Office of the Attorney General
for the State of Kansas
120 S.W. 10th Avenue
Topeka, KS 66612-1597


Mr. Stanford E. Purser
Office of the Attorney General
for the State of Utah
160 E. 300, S.
5th Floor
Salt Lake City, UT 84114-0857


Mr. Brunn W. Roysden III
Fusion Law, P.L.L.C.
7600 N. 15th Street
Suite 150
Phoenix, AZ 85020


Mr. Ryan Schelhaas
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002


Mr. Tracy Short
Office of the Attorney General
for the State of Louisiana

1885 N. 3rd Street
Baton Rouge, LA 70802


Mr. Andrew Wade Smith
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006


Ms. Mathura Sridharan
Office of the Attorney General
for the State of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215-3428


Ms. Anna St. John
Hamilton Lincoln Law Institute
1629 K Street, N.W.
Suite 300
Washington, DC 20006


Mr. Eric Harris Wessan
Iowa Department of Justice
Solicitor General
1305 Walnut Street
Second Floor
Des Moines, IA 50319


Mr. Henry Charles Whitaker
Office of the Attorney General
for the State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Mr. Michael Ray Williams
Office of the Attorney General
for the State of West Virginia
1900 Kanawha Boulevard, E.
State Capitol
Charleston, WV 25305-0000


Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Mr. Michael Zarian
Idaho Office of the Attorney General
700 W. Jefferson Street

P.O. Box 83720
Boise, ID 83720

    No. 23-11097   State of Utah v. Chavez-DeRemer
                    USDC No. 2:23-CV-16

Dear Counsel:

In July 2024, we vacated the district court's judgment and remanded for the limited purpose of reconsidering Plaintiffs' challenge in light of the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024). On February 14, 2025, the district court issued its memorandum opinion and order on limited remand.

The parties are directed to submit simultaneous letter briefs responding to the district court's February 14, 2025, memorandum opinion and order. The supplemental letter briefs should be no longer than ten pages and filed by Tuesday, April 1, 2025. The parties may then submit a reply letter, no longer than five pages, filed by Tuesday, April 8, 2025. The parties may incorporate their previous briefs filed in this appeal by reference.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa B. Courseault, Deputy Clerk
                                      504-310-7701