

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

May 28, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

    RE:    *Utah v. Chavez-DeRemer*, No. 23-11097

Dear Mr. Cayce:

On April 25, the government informed the Court that the Department of Labor had determined that it intended to reconsider the rule that is challenged in this case, including by considering whether to rescind the rule. On April 28, the Court directed the government to inform the Court "what specific actions the Department will take, if any, as a result of its reconsideration of the challenged rule—either to maintain the rule or to rescind it."

This letter responds to that directive. The Department has determined that it will engage in a new rulemaking on the subject of the challenged rule. This rulemaking will appear on the Department's Spring Regulatory Agenda, and the Department intends to move through the rulemaking process as expeditiously as possible.

    Sincerely,

    */s/ Daniel Winik*
    Daniel Winik

cc:    All counsel (via CM/ECF)