IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>LORI CHAVEZ-DEREMER, et al.,<br><br>Defendants-Appellees. | Case No. 23-11097 |

## **NOTICE OF WITHDRAWAL FOR ANDREW SMITH**

Andrew W. Smith will be leaving his employment with Boyden Gray PLLC and hereby respectfully requests that he be withdrawn as counsel for Liberty Energy, Inc., Liberty Oilfield Services LLC, and Western Energy Alliance. They will continue to be represented by Jonathan Berry, Jared M. Kelson, and Franklin Scott Flow.

1

Dated: June 12, 2025		Respectfully submitted,

/s/ Andrew W. Smith
Jonathan Berry
Jared M. Kelson
Andrew W. Smith
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Washington, DC 20006
202-955-0618
jberry@boydengray.com

*Counsel for Liberty Energy Inc., Liberty Oilfield Services LLC, and Western Energy Alliance*

## CERTIFICATE OF SERVICE

I certify that on June 12, 2025, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

/s/ Andrew W. Smith
Andrew W. Smith

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that this notice complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 50 words, excluding the portions exempted by Rule 32(f). This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

/s/ Andrew W. Smith
Andrew W. Smith