

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

June 27, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

    RE:    *Utah v. Chavez-DeRemer*, No. 23-11097

Dear Mr. Cayce:

    This letter responds to the Court's request for status reports at 30-day intervals on the reconsideration of the challenged rule. The Department has determined that it will engage in a new rulemaking on the subject of the challenged rule. This rulemaking will appear on the Department's Spring Regulatory Agenda—which, I am informed, is expected to be released in July—and the Department intends to move through the rulemaking process as expeditiously as possible.

                              Sincerely,

                              */s/ Daniel Winik*
                              Daniel Winik

cc:    All counsel (via CM/ECF)