# IN UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CHAVEZ-DeREMER, et al., <br><br> Respondents. | Case No. 23-11097 |

## MOTION TO WITHDRAW

    Neville S. Hedley submits this motion to withdraw as counsel for the individual Plaintiff-Appellants, Alex Fairly and James Copland. Withdraw can be accomplished without material adverse effect on the interests of the individual Plaintiff-Appellants because they continue to be represented by Anna St. John, who is also counsel of record in this case. Good cause exists because the undersigned is leaving the employment of Hamilton Lincoln Law Institute to pursue other career opportunities.

    Mr. Hedley's withdrawal will not prejudice any of the parties in this case. For these reasons, the undersigned requests an order from this Court permitting him to withdraw as counsel in this case.

Dated: September 24, 2025    Respectfully submitted,

/s/ *Neville S. Hedley*
Neville S. Hedley
HAMILTON LINCOLN LAW INSTITUTE
1629 K St. NW, Suite 300
Washington, DC 20006
Phone: (312) 342-6008
Email: ned.hedley@hlli.org

*Attorneys for Alex Fairly and James Copland*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Motion via the Court's CM/ECF filing system, thus sending these documents to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: September 24, 2025

>/s/ *Neville S. Hedley*
>Neville S. Hedley