# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

September 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11097   State of Utah v. Chavez-DeRemer
               USDC No. 2:23-CV-16

The court has granted the motion of attorney Neville S. Hedley to withdraw as counsel.

Anna St. John is now designated as lead counsel.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Melissa B. Courseault, Deputy Clerk
                504-310-7701

Mr. Jorge Benjamin Aguinaga
Mr. Philip Jordan Axt
Mr. James A. Barta
Mr. Zachary Berg
Mr. Jonathan Berry
Ms. Morgan Brungard
Mr. Monroe David Bryant Jr.
Mr. Louis Joseph Capozzi III
Mr. Brandon F. Chase
Mr. Christian Brian Corrigan
Mr. Mark W. Dell'Orfano
Ms. Sommer H. Engels
Mr. Zachary Faircloth
Mr. Franklin Scott Flow
Mr. Kevin Michael Gallagher
Mr. Garry M. Gaskins II
Mr. Donald L. R. Goodson
Ms. Rosa Hayes
Mr. Benjamin J. Hofmeister
Mr. Allen Huang
Mr. Thomas T. Hydrick
Mr. Jared Kelson
Mr. Gabriel Krimm
Mr. Matthew F. Kuhn

Mr. Edmund Gerard LaCour Jr.
Mr. Philip Levitz
Mr. Robert Allen Long Jr.
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Ms. Autumn Hamit Patterson
Mr. Stephen John Petrany
Mr. Andrew John Pincus
Mr. Zachary Brent Pohlman
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Brunn W. Roysden III
Mr. Ryan Schelhaas
Mr. Scott Andrew Shepard
Mr. Tracy Short
Ms. Mathura Sridharan
Ms. Anna St. John
Mr. Christian G. Townsend
Ms. Erin Brantley Webb
Ms. Jennifer Leigh Weinberg
Mr. Eric Harris Wessan
Mr. Michael Ray Williams
Mr. Daniel Winik
Mr. Michael Zarian
Mr. Edward A. Zelinsky