# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> LORI CHAVEZ-DEREMER, et al., <br><br> Defendants-Appellees. | Case No. 23-11097 |

## MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Jonathan Berry will be leaving his employment with Boyden Gray PLLC and hereby respectfully requests that he be withdrawn as lead counsel for Liberty Energy, Inc., Liberty Oilfield Services LLC, and Western Energy Alliance, and that Jared M. Kelson be appointed as lead counsel for Liberty Energy, Inc., Liberty Oilfield Services LLC, and Western Energy Alliance. They will continue to be represented by Jared M. Kelson and Franklin Scott Flow.

1

Dated: October 10, 2025        Respectfully submitted,

/s/ Jonathan Berry
Jonathan Berry
Jared M. Kelson
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-955-0618
jberry@boydengray.com

*Counsel for Liberty Energy Inc.,
Liberty Oilfield Services LLC, and
Western Energy Alliance*

# CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

/s/ Jonathan Berry
Jonathan Berry
