# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11097   State of Utah v. Chavez-DeRemer
                USDC No. 2:23-CV-16

The court has granted the motion of attorney Jonathan Berry to withdraw as counsel.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Melissa B. Courseault
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Jorge Benjamin Aguinaga
Mr. Philip Jordan Axt
Mr. James A. Barta
Mr. Zachary Berg
Mr. Jonathan Berry
Ms. Morgan Brungard
Mr. Monroe David Bryant Jr.
Mr. Louis Joseph Capozzi III
Mr. Brandon F. Chase
Mr. Christian Brian Corrigan
Mr. Mark W. Dell'Orfano
Ms. Sommer H. Engels
Mr. Zachary Faircloth
Mr. Franklin Scott Flow
Mr. Kevin Michael Gallagher
Mr. Garry M. Gaskins II
Mr. Donald L. R. Goodson
Ms. Rosa Hayes
Mr. Benjamin J. Hofmeister
Mr. Allen Huang
Mr. Thomas T. Hydrick
Mr. Jared Kelson
Mr. Gabriel Krimm
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.
Mr. Philip Levitz
Mr. Robert Allen Long Jr.
Mr. Justin Lee Matheny

Mr. Jonathan F. Mitchell
Ms. Autumn Hamit Patterson
Mr. Stephen John Petrany
Mr. Andrew John Pincus
Mr. Zachary Brent Pohlman
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Brunn W. Roysden III
Mr. Ryan Schelhaas
Mr. Scott Andrew Shepard
Mr. Tracy Short
Ms. Mathura Sridharan
Ms. Anna St. John
Mr. Christian G. Townsend
Ms. Erin Brantley Webb
Ms. Jennifer Leigh Weinberg
Mr. Eric Harris Wessan
Mr. Michael Ray Williams
Mr. Daniel Winik
Mr. Michael Zarian
Mr. Edward A. Zelinsky