

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

March 20, 2026

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

  RE: *Utah v. Chavez-DeRemer*, No. 23-11097

Dear Mr. Cayce:

  This letter responds to the Court's request for status reports at 30-day intervals on the reconsideration of the challenged rule. The Department has determined that it will engage in a new rulemaking on the subject of the challenged rule and that it will do so with notice and comment. This rulemaking appeared on the Department's Spring 2025 Regulatory Agenda, and information about it is available at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId =202504&RIN=1210-AC37.

    Sincerely,

    */s/ Daniel Winik*
    Daniel Winik

cc: All counsel (via CM/ECF)