**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11097   State of Utah v. Chavez-DeRemer
               USDC No. 2:23-CV-16

The court has granted Ms. Anna St. John's motion to withdraw as counsel.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Rebecca L. Jeanfreau, Deputy Clerk
          504-310-7645

Mr. Jorge Benjamin Aguinaga
Mr. Philip Jordan Axt
Mr. James A. Barta
Mr. Zachary Berg
Mr. Alexander Barrett Bowdre
Ms. Morgan Brungard
Mr. Monroe David Bryant Jr.
Mr. Louis Joseph Capozzi III
Mr. Brandon F. Chase
Mr. Christian Brian Corrigan
Mr. Mark W. Dell'Orfano
Ms. Sommer H. Engels
Mr. Zachary Faircloth
Mr. Franklin Scott Flow
Mr. Kevin Michael Gallagher
Mr. Garry M. Gaskins II
Mr. Donald L. R. Goodson
Ms. Rosa Hayes
Mr. Allen Huang
Mr. Thomas T. Hydrick
Mr. Jared Kelson
Mr. Gabriel Krimm
Mr. Matthew F. Kuhn
Mr. Philip Levitz
Mr. Robert Allen Long Jr.
Ms. Jenna Lorence
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Ms. Karen S. Mitchell
Ms. Autumn Hamit Patterson

Mr. Andrew John Pincus
Mr. Zachary Brent Pohlman
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Brunn W. Roysden III
Mr. Ryan Schelhaas
Mr. Scott Andrew Shepard
Mr. Tracy Short
Ms. Mathura Sridharan
Mr. John Henry Thompson
Mr. Christian G. Townsend
Ms. Erin Brantley Webb
Ms. Jennifer Leigh Weinberg
Mr. Eric Harris Wessan
Mr. Michael Ray Williams
Mr. Daniel Winik
Mr. Michael Zarian
Mr. Edward A. Zelinsky